## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  )          CASE NO. _4:10-mj-157_
                          )
v.                        )
                          )
MICHAEL TUCKER            )

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICATUM

TO THE HONORABLE STEPHEN HYLES

UNITED STATES MAGISTRATE JUDGE:

COMES NOW the State of Georgia, by and through its attorney, the District Attorney for the Chattahoochee Judicial Circuit, and represents and shows unto the Court that there is pending in the Chattahoochee Judicial Circuit, charges against KIRK BONNER, now confined in the Talbot County Jail in Talbotton, Georgia, in the custody of the Warden and/or Sheriff, and it is desired by the Chattahoochee Judicial Circuit of Georgia that Michael Tucker, federal registration number 93771-020, presently confined at FCI Jesup, Georgia, be removed to the custody of the Sheriff of Talbot County, Georgia, or his lawful deputy, no later than 9:30 a.m. on September 3, 2010, for proceedings in Bonner's case, and that exigency therefore exists for the Writ of Habeas Corpus ad Testificatum.

Wherefore, the District ttorney for the Chattahoocheee Judicial Circuit prays that the Court will direct the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificatum to be addressed to the Warden of FCI Jesup, Georgia, demanding him to deliver said prisoner to the custody of the Talbot County Sheriff, or his lawful deputy, and produce him in the Talbot County Courthouse at Talbotton, Georgia, whenever his presence is required.

Respectfully submitted, this 12th day of August, 2010..

JULIA SLATER
DISTRICT ATTORNEY
CHATTAHOOCHEE JUDICIAL CIRCUIT

By:

Wayne Jernigan
Assistant District Attorney