IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

vs.                                                   09-cr-066

MICHAEL TUCKER
          Defendant

## WRIT OF HABEAS CORPUS AD TESTIFICATUM

The District Attorney for Chattahoochee Judicial Circuit, State of Georgia, having requested that a writ of habeas corpus ad testificatum be issued permitting the Sheriff of Talbot County, Georgia to obtain the custody of MICHAEL TUCKER, a federal prisoner, federal registration #93771-020, currently housed at the Federal Correction Institution in Jesup, Georgia, for the purpose of producing him as a witness at the murder trial of the STATE OF GEORGIA vs. KIRK BONNER, Case No. 09-cr-066, Superior Court for the Chattahoochee Judicial Circuit, and IT APPEARING that said request is appropriate.

IT IS HEREBY ADJUDGED AND ORDERED that the Federal Correction Institution located at Jesup, Georgia, custodian of the federal prisoner MICHAEL TUCKER , shall release said MICHAEL TUCKER to the Sheriff of Talbot County, Georgia or his lawful deputy, Investigator Jeff Sivell, for the purpose of producing him for said trial in the Superior Court of Talbot County, no later than 9:30 A. M. on September 3, 2010, and that the said Sheriff, or his lawful deputy, shall return MICHAEL TUCKER to the custody whence he came when his presence in the state criminal trial is no longer required.

SO ORDERED AND DIRECTED, this 12th day of August, 2010.

STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE